JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LAW OFFICE OF JEFF GROTKE
Jeff Grotke, SBN 231454
320 North E Street, Suite 507
San Bernardino, California 92401
(909) 888-8418

Attorneys for Defendant
AURORA LOAN SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MIKE GUMABON, an individual,<br>MARLYN GUMABON, an individual,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>AURORA LOAN SERVICES LLC, DOES<br>1 through 100, inclusive,<br><br>                              Defendants. | CASE NO. EDCV09-1895 VAP (DTBx)<br>Order on<br>NOTICE OF VOLUNTARY<br>DISMISSAL |

1.    NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a),

plaintiff voluntarily dismisses the above-captioned action with prejudice.

LAW OFFICE OF JEFF GROTKE

Date: December 16 , 2009        By:  _____

                                     JEFF GROTKE
                                     Attorneys for Plaintiffs
IT IS SO ORDERED                     MIKE GUMABON AND MARLYN
Dated    DEC 2 8 2009                GUMABON

United States District Judge

EDCV09-1895 VAP (DTBx)